**Order entered April 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01409-CV

### LEATHA A. MUNAI, Appellant

### V.

### WILLIAM K. MUNAI, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF 04-04859**

## ORDER

The Court has before it appellant's April 22, 2013 request for an extension of time in which to file her brief. The Court **GRANTS** the motion in part and **ORDERS** appellant to file her brief within forty-five days of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE